Stephen Philip KELLER, Appellant,

v.

The STATE of Texas.

No. 1971–03.

Court of Criminal Appeals of Texas.

Oct. 13, 2004.

Mike DeGeurin, Houston, for Appellant.

Donald W. Rogers, Jr., Asst. District Atty., Houston, Matthew Paul, State's Atty., Austin, for State.

## OPINION

PER CURIAM.

Appellant was convicted of criminal solicitation of a minor with a deadly weapon. He was sentenced to four years in prison and a $10,000 fine. The Court of Appeals affirmed. *Keller v. State*, 125 S.W.3d 600 (Tex.App.-Houston [1st Dist.] 2003).

We granted discretionary review to address whether the plea agreement was illegal. We have determined that our deci-

sion to grant review was improvident. Therefore, the petition is dismissed.